IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRELL T. BROWN,

      Petitioner,               No. CIV S-06-0787 DFL DAD P

   vs.

M.S. EVANS, Warden,

      Respondent.           ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to the court's order filed April 21, 2006, petitioner has filed a new application to proceed in forma pauperis. Examination of the new application reveals that petitioner is unable to afford the costs of this suit. Accordingly, petitioner's application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner is challenging a judgment of conviction entered in Sacramento County Superior Court on December 5, 2003. Petitioner has alleged two grounds for relief in his habeas petition, but he has also filed a motion for a stay of his federal petition while he exhausts additional claims in the state courts. Petitioner's habeas petition and his motion for a stay will be served on respondent, and respondent will be directed to respond to the motion for a stay.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's May 1, 2006 application to proceed in forma pauperis is granted;

2. Petitioner's May 9, 2006 motion for stay is denied as an incomplete copy of the motion previously filed on April 12, 2006;

3. Respondent shall file and serve opposition or a statement of non-opposition to petitioner's April 12, 2006 motion for stay within forty-five days from the date of this order;

4. If respondent files opposition to petitioner's motion for stay, petitioner's reply, if any, shall be filed and served within thirty days after respondent's opposition is served; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and the motion for stay filed April 12, 2006, upon Jo Graves, Senior Assistant Attorney General.

DATED: May 30, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
brow0787.100mts

2