IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRELL T. BROWN,

    Petitioner,             No. CIV S-06-0787 DFL DAD P

    vs.

M.S. EVANS, Warden,

    Respondent.        ORDER

                                    /

        Petitioner has moved to withdraw his federal habeas petition without prejudice to re-filing after exhausting state court remedies. By order filed July 18, 2006, petitioner was advised that, absent a request to the contrary filed within ten days, his motion will be granted, and this case will be closed. The ten day period has expired, and petitioner has filed nothing further. IT IS ORDERED that petitioner's July 10, 2006 motion to withdraw is granted, this action is dismissed without prejudice, and the Clerk of the Court is directed to close the case.

DATED: August 14, 2006.

                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

DAD:13
brow0787.159b